**Exhibit 2**

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA JUDICIAL CENTER**

| | |
|---|---|
| KAIUMATI K. ROCHE | **CIVIL NO.:** |
| **PETITIONER** | **COURTROOM:** |
| V. | RE: COMMUNITY LIQUIDATION |
| KATIE LANE | |
| **RESPONDENT** | |

**COMPLAINT**

**TO THE HONORABLE COURT:**

**COMES NOW** the petitioner, **KAIUMATI K. ROCHE**, through the undersigned legal representation and before this Honorable Court most respectfully **STATES, ALLEGES and PETITIONS**:

1.  The petitioner, **KAIUMATI K. ROCHETO**, is of legal age, single and a resident of the Bronx, New York. His physical and mailing address is 231 8th St. E., Kalispell, MT 59901, his telephone number is 707-721-6376 and his email address is: Kaiumati.Roche@gmail.com .

2.  The respondent, **KATIE MARIE LANE**, is of legal age, single and a resident of Aguadilla, Puerto Rico. Her mailing address is 122 San Francisco Street, Urb. San Carlos, Aguadilla, PR 00603. Her telephone number is 787-307-7598 and her e-mail address is: ktmarielane@gmail.com .

3.  The above-captioned parties maintained a consensual and cohabiting relationship from 2018 until mid-2023.

4.  During the duration of the cohabitation relationship, the parties acquired assets and debts in common proindiviso, creating between them a community of property.

5.  Among the assets that are now in the community proindiviso between the parties are:

1

a. Real Property at 122 San Francisco Street, Urbanización San Carlos, Aguadilla, P.R., Property #11,624 with the following registry description:

> **RURAL:** CAMASEYES WARD of Aguadilla. Lot: LOCATED IN THE SAN CARLOS URBANIZATION. Size: 849.81 Square Meters. Boundaries: North, with 2 arc alignments, with B Street of the Urbanization and with the remainder. South, with Juan Hernández Vargas. East, with Blanca Nieves, widow of Badillo. West, with lot 28 of the Urbanization. It encloses a building dedicated to housing built in concrete.

b. **Going concern Villa San Carlos, LLC**, a corporation registered to do business in Puerto Rico, with registration number #437039 in which both parties are co-owners and equal shareholders.

c. Property: 1259 Wilshire, Oregon USA.

d. Personal property such as furniture, fixtures and other equipment located on the real property and in the exclusive possession of the respondent;

6.     At the time of the termination of the relationship, the parties were owners of real property, personal property and legal entities, among other assets in which the petitioner claims a share and credits. All these assets were acquired jointly and in their entirety with the petitioner's assets and now the respondent is in exclusive possession without giving any form of compensation back to the petitioner for his shares and/or claims.

7.     The petitioner became aware that the respondent is in the process of seeking the sale of the real property described in subsection 5 (a) of this complaint, to the total detriment of the petitioner and the Villa San Carlos, LLC corporation to whom the property was transferred. ***See Annex 1.***

8.     The petitioner learned that the respondent made false representations to the respondent to the effect that the respondent had transferred the property to the corporation, as detailed in Villa San Carlos, LLC's

2

Operating Agreement; however, the reality is that it is, [sic] in fraud to the petitioner and the corporation is preparing to dispose of the real property.

9.    The respondent maintains absolute control over the existing assets, such as the bank accounts, the existing business and real property, which leads to the denial of the right of use and enjoyment that the petitioner has over them.

10.    The respondent has been receiving exclusively all the income generated by the corporation and the real property of the community, to the total detriment of the petitioner.

11.    The respondent maintains absolute control over all the community property and has excluded the petitioner from administration of the community, despite the petitioner's extrajudicial attempts to liquidate the community and recover his claims.

12.    The petitioner herein has proposed and reiterates that he is interested in recovering his claim and thereby terminating the liquidation and claims.

13.    In spite of the multiple attempts made to the respondent in order to settle out of court what has been raised here and in spite of her admissions, the respondent has ignored the offers made, thus causing a grave state of affairs for the petitioner and an unfair enrichment.

14.    The petitioner wishes the community property to be liquidated pursuant to law and, therefore, requests this Honorable Court to order the division of the community property existing between the petitioner and the respondent.

15.    On the other hand, we further petition this Illustrious Forum that it:

a. Impose on the Respondent an item of rent for the exclusive use of the community property and to determine an item of prospective rent to

3

be paid to Mr. Roche if she continues to use the community property on an exclusive basis;

b. Issue an order of prohibition of alienation as a precautionary measure;

c. Grant the present complaint with all remedies available in law.

**WHEREFORE**, it is most respectfully petitioned that this Honorable Court grant the present Claim, and accordingly order the division of the community existing between the parties and the provisional remedies requested, along with any other pronouncement that may be appropriate in law.

Respectfully Submitted

In San Juan, Puerto Rico on April 8, 2024.

*S/Enrique Ramos Santiago, Esq.*
USDC-PR Number 15,771
Banco COOP Plaza Bldg., Office 1204-B
623 Ave. Ponce De León
San Juan Puerto Rico 00917 -4832
Tel. 787-763-0624 / Cell. 787-617-2957
Email: lcdoramossantiago@gmail.com

4

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTICE**

The following transaction was recorded and filed on APRIL 08, 2024.

Name of the parties:                          Case number:    AG2024CV00532

          KAIUMATI  ROCHE
                            V.
          KATIE MARIE LANE

Filing party         ENRIQUE RAMOS SANTIAGO

Entry number in the electronic file: 2

Click here to access the electronic document that is the subject of this notification..

MOTION REQUESTING ISSUANCE OF ORDER filed by KAIUMATI ROCHE (ENRIQUE RAMOS SANTIAGO) in relation to the COMPLAINT filed by (ENRIQUE RAMOS SANTIAGO) [1].

This electronic notice was sent to:

  ENRIQUE RAMOS SANTIAGO          lcdoramossantiago@gmail.com
           Name                              E-mail address

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not respond to this message.*

OAT 1720 ELECTRONIC NOTICE – Notification between Parties (SUMAC)
(November 2013)
www.poderjudicial.pr

AG2024CV00532  04/08/2024  07:09:44 pm  Entry No. 2  Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| **KAIUMATI K ROCHE** | **CIVIL NO.: AG2024CV00532** |
| *Petitioners* | |
| **V.** | |
| **KATIE LANE** | **RE:** |
| *Respondents* | *COMMUNITY PROPERTY LIQUIDATION* |

**MOTION REQUESTING ISSUANCE OF SUMMONSES**

**TO THE HONORABLE COURT:**

COMES NOW the petitioner, Kaiumati Roche, and through the undersigned legal representation, and most respectfully STATES, ALLEGES and PETITIONS:

1. On April 8, 2024, the appearing party filed the instant complaint. Most respectfully, we request this Honorable Court to issue the corresponding summonses against Katie Marie Lane.

2. In view of the foregoing, this motion is accompanied by a draft summons for its issuance.

**WHEREFORE,** it is requested that this Honorable Court issue the appropriate summonses against Katie Marie Lane.

**I CERTIFY**: That this brief has been filed electronically through the Unified Case Management and Administration System (SUMAC) which gives notice at the same time to all attorneys of record at their respective e-mail addresses, which constitutes the notice that must be made between attorneys, as provided in the Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on April 8, 2024.

s/ENRIQUE RAMOS SANTIAGO
**Bar No. 16979 and USDC-PR 15771**
Banco Coop Plaza 1204-B
Ave. Ponce de León 623
San Juan, PR 00917-4832
Tel.: (787) 617-2957
Fax: (787) 763-0624
E-mail: lcdoramossantiago@gmail.com

1

Certified Translation JF-2024-113

OAT Form 1721
(Rev. August 2023)

Page 1 of 3

Commonwealth of Puerto Rico
GENERAL COURT OF JUSTICE
**Court of First Instance**
☒ Superior ☐ Municipal Court of ___AGUADILLA___

| | |
|---|---|
| KAIUMATI K. ROCHE | Case No. _____ |
| Petitioner | Courtroom No. _____ |
| v. | COMMUNITY PROPERTY LIQUIDATION |
| KATIE LANE | Civil Action of: _____ |
| Respondent | Subject or Matter |

### SUMMONS

UNITED STATES OF AMERICA, SS
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO

A: __KATIE LANE_____
Name of respondent to be summoned

__122 SAN FRANCISCO STREET_____

__URB. SAN CARLOS_____

__AGUADILLA, P.R._____
Address of the Respondent who is summoned

You are HEREBY SUMMONED to submit to the court your responsive pleading within ___30___ days of this summons having been served, excluding the day of service. You must submit your responsive pleading through the Unified Case Management and Administration System (SUMAC), which can be accessed using the electronic address: https://www.poderjudicial.pr/index.php/tribunal-electronico/, unless the case is a physical case file or you represent yourself pro se, in which case you must file your responsive pleading with the Clerk of the Court and serve a copy of it on the petitioner's attorney or the petitioner, if you are not represented by counsel. If you fail to file your responsive pleading within the aforementioned term, the Court may render a default judgment against you and grant the relief requested in the complaint, or any other, if the Court, in the exercise of its sound discretion, deems it appropriate. In addition, you are hereby warned that, in cases under Law No. 57-2023, titled the *Protection of the Rights of the Child Act*, the Court of Appeals for the Protection of the Rights of Children and Adolescents. 57-2023, entitled *Law for the Prevention of Abuse, Preservation of Family Unity and for the Safety, Welfare and Protection of Minors*, among the remedies that the Court may grant are the permanent placement of a minor out of his/her home, the initiation of proceedings for the deprivation of parental rights, and any other measure in the minor's best interest. *(Article 33, subsections b and f of Law No. 57-2023).* You are advised of your right to appear accompanied by counsel in appropriate cases.

ENRIQUE RAMOS SANTIAGO, ESQ.
Name of the petitioner's attorney(s),
or of the party, if it is not legally represented

15,771
Number before the Supreme Court (USDC-PR), if you are an attorney

#623 Ave. Ponce de León
STE 1204 Bancoop
San Juan, P.R. 00917
Address

787-617-2957
Telephone number; fax number

lcdoramossantiago@gmail.com
E-mail address

Issued under my signature and the seal of the Court, on _____ of _____April_____, __2024__.

_____        By:_____
Name of the                                              Name of the
Regional Clerk                                           Deputy Clerk of Court

_____
Signature of the
Deputy Clerk of the Court

AG2024CV00532  04/08/2024  07:09:44 pm  Entry No. 2  Page 2 of 3

OAT Form 1721                                                        Page 2 of 3
(Rev. August 2023)

Case No._____

### CERTIFICATE OF SERVICE BY MARSHAL

I,_____Marshal of the Court of First Instance of Puerto Rico, Court of _____.

I CERTIFY that service of the summons and complaint in the above-referenced case was performed by me on the _____ day of _____, _____, at _____ □ a.m. □ p.m., as follows:

☐  By personal delivery to the respondent, at the following physical address:
_____

☐  Accessible in the immediate presence of the respondent at the following physical address:
_____

☐  By leaving a copy of the documents with an agent authorized by the respondent or designated by law to receive summonses at the following physical address:
_____

☐  The summons could not be personally served because:
_____
_____

### SERVICE OF SUMMONS BY PRIVATE PERSON

I, _____ , state that I have the necessary legal capacity pursuant to Rule 4.3 of the Rules of Civil Procedure of Puerto Rico, and I certify that the service of the summons and of the complaint in the above-referenced case was performed by me, on the _ day of _ _____, _____, as follows:

☐   By personal delivery to the defendant at the following physical address:
_____

☐   Making the complaint and the summons accessible to the defendant in the immediate presence thereof at the following physical address:
_____

☐   Leaving a copy of the documents with an agent authorized by the defendant or designated by law to receive summons at the following physical address:
_____

☐   Summons could not be personally served because:
_____
_____

SUMMONS COSTS: $_____

### AFFIDAVIT OF PROCESS SERVER

I declare under penalty of perjury pursuant to the laws of the Commonwealth of Puerto Rico, that the information provided in the service of summons is true and correct.

AND, IN WITNESS WHEREOF, I sign hereto in _____ , Puerto Rico, on the _____ day of _____, .

_____          _____
   Process server's signature              Process server's address

AFFIDAVIT NO. _____ [if sworn before a notary public].

Sworn and subscribed before me by _____ , whose personal information is as stated above, whom I attest is known by me.

_____
(personally or, alternatively, evidencing the supplementary means provided for in the Notarial Act)

In _____ , Puerto Rico, on the _____ day of _____.

_____          By: _____
   Name of Notary                         Name of the
   Regional Clerk                         Deputy Clerk of Court

                                        _____
                                           Signature of the
                                           Deputy Clerk of Court

AG2024CV00532   04/08/2024   07:09:44 pm   Entry No. 2   Page 3 of 3

OAT Form 1721                                                    Page 3 of 3
(Rev. August 2023)

Case No._____

SERVICE OF SUMMONS UNDER LAW NO. 57 -2023

I, _____, certify that the service of the summons and complaint in the referenced case was made by me, on _____ , _____ , as follows:

☐   By sending to the respondent by e-mail to the following address:
    _____

☐   By sending to the respondent by regular mail to the following address:
    _____

AFFIDAVIT OF PROCESS SERVER

I declare under penalty of perjury pursuant to the laws of the Commonwealth of Puerto Rico, that the information provided in the service of summons is true and correct.

AND, IN WITNESS WHEREOF, I sign hereto in _____ , Puerto Rico, on the _____ day of _____ .    .

_____          _____
    Process server's signature                  Process server's address

AFFIDAVIT NO. _____ [if sworn before a notary public].

    Sworn and subscribed before me by _____ , whose personal information is as stated above, whom I attest is known by me

    (personally or, alternatively, evidencing the supplementary means provided for in the Notarial Act)

In _____ , Puerto Rico, on the _____ day of _____ ,

_____          By: _____
    Name of Notary                               Name of the
    Regional Clerk                               Deputy Clerk of Court

                                        _____
                                             Signature of the
                                             Deputy Clerk of Court

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTICE**

The following transaction was recorded and filed on APRIL 08, 2024.

Name of parties:                                    Case number:    AG2024CV00532

_____KAIUMATI ROCHE_____
                    V.

_____KATIE MARIE LANE_____

Filing party     ENRIQUE RAMOS SANTIAGO

Entry number in the electronic file: 3

Click here to access the electronic document that is the subject of this notification.


MOTION REQUESTING ISSUANCE OF ORDER submitted by KAIUMATI ROCHE (ENRIQUE RAMOS SANTIAGO).

This electronic notice was sent to:

_ENRIQUE RAMOS SANTIAGO_          lcdoramossantiago@gmail.com
            Name                              Email Address

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not reply to this message*.

OAT 1720 ELECTRONIC NOTICE - Notification between Parties (SUMAC)

(November 2013)
www.poderjudicial.pr

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA JUDICIAL CENTER**

| | |
|---|---|
| KAIUMATI K. ROCHE | **CIVIL NO.: AG2024CV00532** |
| **PETITIONER** | **COURTROOM:** |
| V. | RE: COMMUNITY LIQUIDATION |
| KATIE LANE | |
| **RESPONDENT** | |

<u>**REQUEST FOR PROVISIONAL REMEDIES PROHIBITION OF ALIENATION**</u>
<u>**UNDER ARTICLE 56.1 AND 56.4**</u>

**TO THE HONORABLE COURT:**

   **COMES NOW** the petitioner, **KAIUMATI K. ROCHE**, through the undersigned legal representation and before this Honorable Court most respectfully STATES, ALLEGES, and PETITIONS.

   1.     Today, the petitioner filed the above-captioned complaint as part of the filed cause of action.

   2.     Among the assets that are now in community proindiviso between the parties are:

   a. Real Property at 122 San Francisco Street, Urbanización San Carlos, Aguadilla, P.R., Property #11,624 with the following registry description:

   **RURAL:** CAMASEYES WARD of Aguadilla. Lot: LOCATED IN THE SAN CARLOS URBANIZATION. Size: 849.81 Square Meters. Boundaries: North, with 2 arc alignments, with B Street of the Urbanization and with the remainder. South, with Juan Hernández Vargas. East, with Blanca Nieves, widow of Badillo. West, with lot 28 of the Urbanization. It encloses a building dedicated to housing built in concrete.

   **3.**     Said property in turn forms part of the contributions that each of the parties assigned to the **ongoing business of Villa San Carlos, LLC**, a corporation registered to do business in Puerto Rico, with registration number #437039, in which

1

both parties are co-owners and equal shareholders. *See Annex No. 1.*

4.    Notwithstanding the foregoing, the respondent is still the sole registrant of the real property before the Land Registry, since it never registered the transfer of ownership made with the petitioner, nor did it register the subsequent transfer to the corporation.

5.    Taking advantage of its own actions and the fraud perpetrated against both the petitioner and the corporation, since it still incorrectly appears as the owner of the property in the registry, it is about to dispose of the property in fraud of [sic] the aforementioned parties.

6.    In consideration of the foregoing and of the claims in force, the petitioner requests, since it is appropriate in law, the issuance of an order pursuant to Rule 56 and 56.4 prohibiting the alienation of the property described in paragraph 2 (a) of this document.

7.    In pertinent part, Rule 56 of the Rules of Civil Procedure empowers this Honorable Court to issue any provisional order that may be necessary to ensure the effectiveness of the judgment that may eventually be rendered, and within these orders the court may grant the prohibition to alienate certain real property, as well as any other measure it deems appropriate, according to the circumstances of the case.

8.    Rule 56.4 provides that the order of prohibition of alienation shall be issued after notice and hearing and shall be recorded in the Property Registry.

9.    Accordingly, it has been recognized that the court has broad discretion to decide whether to grant or deny the requested provisional relief, as well as to "determine the appropriate remedy in the particular circumstances of the case under its consideration." Citibank et al. v. ACBI et al., 200 DPR 724, 732 (2018).

2

10.     In addition, our Supreme Court has indicated that the aforementioned mechanism has been established with the purpose of vindicating both the justice owed to the parties and the dignity of the judicial function. Román v. S.L.G. Ruiz, 160 DPR 116, 120 (2003); Stump Corp. v. Superior Court, 99 DPR 179, 183-184 (1970).

11.     Therefore, when evaluating a request for provisional relief to secure a judgment, the aforementioned provision **must be interpreted within a framework of broadness and liberality.** Such that, the **relief that best secures the petitioner's claim and that which causes the least inconvenience to the respondent** should be granted. Cacho Perez v. Hatton Gotay, supra, pp. 13-14; Nieves Díaz v. González Massas, supra, p.839-840; See also Hernández Colón, Op. Cit.

12.     As it emerges from the allegations of the complaint filed, the petitioner has a proprietary interest in the aforementioned real property, recognized by the respondent itself in the Operation Agreement (ATTACHMENT 1) signed by the respondent, therefore, considering the current registry reality caused by the respondent, it is extremely necessary and urgent to issue an order prohibiting the alienation of the real property, since otherwise the respondent will proceed with the sale thereof in fraud of the appearing petitioner's claim and share, which in turn will prevent the granting of the remedy to which the petitioner herein is entitled.

13.     In view of the foregoing and in accordance with the power conferred upon this Honorable Court to provide the petitioner with the necessary provisional remedies to ensure the effectiveness of the judgment that will eventually be rendered, the petitioner requests the issuance of an order

3

prohibiting the alienation of the property described in paragraph 2 (a) of this document, after to the necessary formalities.

**WHEREFORE**, it is most respectfully requested that this Honorable Court GRANT this petition, and accordingly issue an order of prohibition of alienation, to be registered in the Property Registry, along with any other provisional remedy that is appropriate in law.

Respectfully Submitted.

In San Juan, Puerto Rico, on April 8, 2024.

*S/ Enrique Ramos Santiago, Esq.*
USDC-PR Number 15,771
Banco COOP Plaza Bldg., Office 1204-B
623 Ave. Ponce De León
San Juan Puerto Rico 00917-4832
Tel. 787-763-0624 / Cell. 787-617-2957
Email: lcdoramossantiago@gmail.com

4

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTICE**

The following transaction was recorded and filed on APRIL 10, 2024.

Name of the parties:                    Case number:___AG2024CV00532___

_____KAIUMATI   ROCHE_____

V.

_____KATIE MARIE LANE_____

Filing Party     ___CELINES RAMIREZ HERNANDEZ___

Entry number in the electronic file: 4

Click here to access the electronic document that is the subject of this notification.

ISSUANCE OF SUMMONS for KATIE MARIE LANE by CELINES RAMIREZ HERNANDEZ on April 10, 2024.

This electronic notice was sent to:

_ENRIQUE RAMOS SANTIAGO_          LCDORAMOSSANTIAGO@GMAIL.COM
            Name                                    E-mail address

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not respond to this message.

OAT 1720 ELECTRONIC NOTICE - Notification between Parties (SUMAC)
(November 2013)
www.poderjudicial.pr

OAT Form 1721                                                      Page 1 of 3
(Rev. August 2023)

Commonwealth of Puerto Rico
GENERAL COURT OF JUSTICE
**Court of First Instance**

Sala ☒  Superior ☐  Municipal of ___AGUADILLA___

| | |
|---|---|
| KAIUMATI K. ROCHE | Case No.  **AG2024CV00532** |
| Petitioner | Courtroom No. _____ |
| v. | Civil Action of: _____ COMMUNITY ;OQIEODATOPM |
| KATIE LANE | |
| Respondent | Subject Matter |

**SUMMONS**

UNITED STATES OF AMERICA, SS
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO

TO:   KATIE LANE
_____
Name of the respondent to be summoned

122 SAN FRANCISCO STREET
_____

URB. SAN CARLOS
_____

AGUADILLA, P.R.
_____
Address of the Respondent to be summoned

You are HEREBY SUMMONED to submit to the court your responsive pleading within ___30___ days of this summons having been served, excluding the day of service. You must submit your responsive pleading through the Unified Case Management and Administration System (SUMAC), which can be accessed using the electronic address: https://www.poderjudicial.pr/index.php/tribunal-electronico/, unless the case is a physical case file or you represent yourself pro se, in which case you must file your responsive pleading with the Clerk of the Court and serve a copy of it on the petitioner's attorney or the petitioner, if you are not represented by counsel. If you fail to file your responsive pleading within the aforementioned term, the Court may render a default judgment against you and grant the relief requested in the complaint, or any other, if the Court, in the exercise of its sound discretion, deems it appropriate. In addition, you are hereby warned that, in cases under Law No. 57-2023, titled the *Protection of the Rights of the Child Act*, the Court of Appeals for the Protection of the Rights of Children and Adolescents. 57-2023, entitled *Law for the Prevention of Abuse, Preservation of Family Unity and for the Safety, Welfare and Protection of Minors*, among the remedies that the Court may grant are the permanent placement of a minor out of his/her home, the initiation of proceedings for the deprivation of parental rights, and any other measure in the minor's best interest. *(Article 33, subsections b and f of Law No. 57-2023).* You are advised of your right to appear accompanied by counsel in appropriate cases.

ENRIQUE RAMOS SANTIAGO, ESQ.
_____
Name of the petitioner's attorney(s),
or of the party, if it is not legally represented

15,771
_____
Number before the Supreme Court (USDC-PR), if an attorney (a)

#623 Ave. Ponce de León
_____
STE 1204 Bancoop
_____
San Juan, P.R. 00917
_____
Address

787-617-2957
_____
Telephone number; fax number

lcdoramossantiago@gmail.com
_____
E-mail address

Issued under my signature and seal of the Court, on ___10___ of ___April___ of ___2024___

**SARAHI REYES PEREZ**                         BY::  **CELINE RAMIREZ HERNANDEZ**
_____                            _____
Name of the                                        Name of the
Regional Clerk                                      Deputy Clerk of Court

                                                   [Signature]
                                                   _____
                                                   Signature of (of)
                                                   Deputy Clerk of Court

[Round stamp with emblem:]

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SUPERIOR COURT OF AGUADILLA
GENERAL COURT OF JUSTICE

ID: 23DD1BDF-F4A7-4F13-9973-9973-978519381DE1    ELECTRONICALLY SIGNED:    04/10/2024 11:00:10 AM

AG2024CV00532  04/08/2024  07:09:44 pm  Entry No. 2 Page 2  of 3

OAT Form 1721                                                      Page 2 of 3
(Rev. August 2023)

Case No. ___AG2024CV00532___

### CERTIFICATE OF SERVICE BY THE MARSHALL

I,_____Marshal of the Court of First Instance of Puerto Rico, Court of
_____
I CERTIFY that service of the summons and complaint in the referenced case was made by me, on_____
of _____ of _____, at _____  ☐  a.m. ☐  p.m., as follows.

☐   By personal delivery to the respondent at the following physical address:
_____

☐   Accessible in the immediate presence of the respondent at the following physical address.
_____

☐   By leaving a copy of the documents with an agent authorized by the respondent or designated by law to
receive service of process at the following physical address:
_____

☐   The summons could not be served in person because:
_____
_____

At_____, Puerto Rico, on_____ from _____of _____

_____            _____
   Name of the Regional Marshall                 Name of the Marshall of First Instance
                                                      and Badge Number
                                             _____
                                              Signature of the Marshall of the First Instance

### SERVICE OF PROCESS BY A PRIVATE INDIVIDUAL

I, _____, declare that I have legal capacity pursuant to Rule 4.3
of Civil Procedure of Puerto Rico, and certify that the service of the summons and complaint was made in
the following manner
☐   By personal delivery to the respondent at the following physical address:
_____

☐   Accessible in the immediate presence of the respondent at the following physical address.
_____

☐   By leaving a copy of the documents with an agent authorized by the respondent or designated by law to
receive service of process at the following physical address:
_____

☐   The summons could not be served in person because:
_____
_____

FILING COSTS: $_____

### STATEMENT OF THE SITE OPERATOR

I declare under penalty of perjury under the laws of the Commonwealth of Puerto Rico that the information
provided in the service of process is true and correct.
AND FOR THE RECORD, I have hereunto set my hand at_____, Puerto Rico, on_____.
from_____ from _____.

_____            _____
   Signature of the site operator                 Address of the site operator

AFFIDAVIT NO. _____ [if sworn before a notary public].

         Sworn and subscribed before me by _____, of
the above-mentioned personal circumstances, who I attest that I know
_____
(personal knowledge or, in its absence, accreditation through the supplementary means provided by the Notarial Act).

In _____, Puerto Rico, on _____ of _____ of _____.

_____       By: _____
  Name of Notary or Notary Public                   Name of the
     Regional Secretary                          Deputy Clerk of Court

                                             _____
                                                    Signature of
                                               the Deputy Clerk of Court

ID: 23DD1BDF-F4A7-4F13-9973-9973-978519381DE1     ELECTRONICALLY SIGNED:     04/10/2024 11:00:10 AM

OAT Form 1721                                                                    Page 3 of 3
(Rev. August 2023)

Case No. ___**AG2024CV00532**___

### SERVICE OF SUMMONS UNDER LAW NO. 57-20233

I, _____, certify that the service of the summons and complaint in the referenced case was made by me, on _____ of _____ of _____ , as follows:

☐   By sending to the respondent by e-mail to the following address:
_____

☐   By sending to the respondent by regular mail to the following address:
_____

### STATEMENT OF THE SITE OPERATOR

I declare under penalty of perjury under the laws of the Commonwealth of Puerto Rico that the information provided in the service of process is true and correct.

AND FOR THE RECORD, I have hereunto set my hand at_____, Puerto Rico, on_____, from_____ from _____.

_____.
_____
Signature of the site operator

_____
Address of the site operator

AFFIDAVIT NO. _____ [if sworn before a notary public].

         Sworn       and       undersigned       before       me       by _____,  of   the   above-mentioned   personal circumstances, to whom I attest to know
_____
(personal knowledge or, in its absence, accreditation through the supplementary means provided by the Notarial Act).

At _____, Puerto Rico, on _____ from _____ from _____.

_____    Por: _____
Name of Notary or Notary public                 Name of the (of the)

_____
Signature of (of)



ID: 23DD1BDF-F4A7-4F13-9973-9973-978519381DE1    ELECTRONICALLY SIGNED:    04/10/2024 11:00:10 AM

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**Aguadilla JUDICIAL CENTER**
**Aguadilla SUPERIOR COURT**

|  |  |
|---|---|
| KAIUMATI ROCHE | CASE NO. _AG2024CV00532 (COURTROOM 601 CIVIL)_ |
| V | |
| KATIE MARIE LANE | RE: _LIQUIDATION OF COMMUNITY ASSETS_ |

## NOTICE

TO:  ENRIQUE RAMOS SANTIAGO
LCDORAMOSSANTIAGO@GMAIL.COM

The undersigned Clerk hereby certifies and notifies you that with respect to the REQUEST FOR ISSUANCE OF ORDER [3] this Court issued an ORDER on April 11, 2024.

The determination is transcribed below:

Once the summons is served and the Court acquires jurisdiction over the respondent, a hearing shall be held pursuant to Rule 56.4 of Civil Procedure, to evaluate the request for an order not to alienate, requested by the petitioner.

[5]

s/ABID E QUIÑONES PORTALATIN

YOU ARE ADVISED that as a party or legal representative in the case subject to this ORDER, you may file a petition for appeal, review or certiorari in accordance with the procedure and within the time limits established by law, rules or regulations.

I CERTIFY that the determination issued by the Court was duly recorded and filed today, April 12, 2024, and that a copy of this notice was sent to the persons indicated above, to their addresses of record in the case in accordance with the applicable regulations. On this same date, a copy of this notice was filed in the case file.

In Aguadilla, Puerto Rico, on April 12, 2024.

|  |  |
|---|---|
| SARAHI REYES PEREZ | By:  s/ARLENE GUZMAN PABON |
| Name of the Regional Clerk | Name and signature of the Deputy Clerk of Court |

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTICE**

The following transaction was recorded and filed on 12 JUNE 2024.

The name of the parties:                    Case Number:  AG2024CV00532

KAIUMATI  ROCHE
V.
KATIE MARIE LANE

Filing Party        ENRIQUE RAMOS SANTIAGO

Entry number in the electronic file: 6
Click here to access the electronic document that is the subject of this notification.

MOTION FOR SUMMONS BY PUBLICATION OF EDICT, APPLICATION FOR ORDER made by KAIMATI ROCHE (ENRIQUE RAMOS SANTIAGO).

This electronic notice was sent to:

ENRIQUE RAMOS SANTIAGO          lcdoramossantiago@gmail.com
Name                              Email Address

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not respond to this message.*

OAT 1720 ELECTRONIC NOTICE - Notification between Parties (SUMAC) (November 2013)
 www.poderjudicial.pr

Certified Translation JF-2024-113                          Page 20 of 43

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| **KAIUMATI K. ROCHE** | |
| *Petitioners* | **CIVIL NO.: AG2024CV00532** |
| *V.* | |
| **KATIE LANE** | |
| *Respondents* | *RE:* |
| | LIQUIDATION OF COMMUNITY |

**REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS BY EDICT**
**PURSUANT TO RULE 4.6 OF CIVIL PROCEDURE**

**COMES NOW**, the petitioner represented by the undersigned attorney and before this Honorable Forum, most respectfully **STATES, ALLEGES AND PETITIONS**:

1.    On April 8, 2024, the appearing party filed the above-captioned petition before this Honorable Court, and on April 10, 2024, the summons in question was issued.

2.    Simultaneously, and after multiple unsuccessful efforts to know the whereabouts of Ms. Lane and countless efforts to personally summons her, all of which were made by the summoner Mr. Carlos Soriano to the last known address at the time the complaint was filed, information recently came to light that the respondent is residing outside of Puerto Rico. **See Annex No. 1** - Affidavit of Mr. Carlos Soriano.

3.    Upon information and/or belief according to the information provided by the splicer, Ms. Lane is residing outside of Puerto Rico.

4.    From the complaint filed in the present case arises the existence of a claim which justifies the granting of relief in favor of the petitioner and against the respondent.

1

**5.** Therefore, and in virtue of the information detailed herein, the petitioner requests that pursuant to the provisions of Rule 4.6 it be permitted to proceed with the service of process on Respondent (A draft of the notice by edict pursuant to Rule 4.6 of Civil Procedure  is included as part of this brief).

**WHEREFORE**, we most respectfully submit this motion for the knowledge and action of this Honorable Court to authorize the service of process on the respondent by edict, along with any pronouncements as may be appropriate in law.

**RESPECTFULLY SUBMITTED**, this 12th day of June 2024 in San Juan, Puerto Rico.

S:/ *Enrique Ramos Santiago*

**USDC-PR** Number: 15,771
Coop. Plaza Bank Bldg.,
Office 1204-B 623 Ave. Ponce De León
San Juan Puerto Rico 00917-4832
Tel. 787-763-0624; Cell. 787-617-2957
E-mail: lcdoramossantiago@gmail.com

2

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| **KAIUMATI K. ROCHE** | **CIVIL NO.: AG2024CV00532** |
| *Complainants* | |
| **V.** | |
| **KATIE LANE** | **RE:** |
| *Respondents* | *LIQUIDATION OF COMMUNITY* |

AFFIDAVIT ON NEGATIVE SERVICE OF PROCESS

**COMES NOW** Carlos Soriano Ramos, of legal age, married, a summoner and a resident of Moca, Puerto Rico, under the most formal oath they [Sic] **DECLARE:**

**FIRST:** That my name and personal circumstances are as stated above.

**SECOND:** That my personal circumstances are as aforementioned, I can read and write, I am not an attorney for the petitioner in the instant case, nor am I a party to this lawsuit and I have no interest in the same.

**THIRD:** That I received these complaint and summons documents this past April 11, 2024.

**FOURTH:** I presented myself on April 22, 2024 at 6am, then waited until 8am and when she did not come out I called and asked and out came a young man who lived in the property as an apparent tenant and he refused to give his name and informed me that she was in Washington DC at a conference, that she would be back in a few weeks.

**FIFTH:** That to make sure I presented myself on May 24, 26, 28, 29 [the result] being negative and on May 3 I again spoke with the young man who informed me that he does not know where Ms. Katie Lane is, nor when she would return.

**SIXTH:** On the same date of May 3, 2024, I spoke with a neighbor of the sector and he indicated that he does not know who the respondent is.

**SEVENTH:** As part of my investigation, I went to the Mayor's Office of the Municipality of Aguadilla, to the Post Office and no one knew Ms. Katie Lane.

1

AG2024CV00532  06/12/2024  06:07:08 pm Entry No. 6 Page 2 of 2

**IN WITNESS WHEREOF,** I swear and subscribe this Affidavit.

In San Juan, Puerto Rico, on *June 6*, 2024.

**AFFIDAVIT NO.** *1270*

[Signature]

_____
**CARLOS SORIANO RAMOS**

Sworn and subscribed before me by Mr. Carlos Soriano Ramos, of the above-stated personal circumstances, whom I attest that I know personally, in Aguadilla, Puerto Rico on the *6th day* of *June,* 2024.

[Signature]

NOTARY PUBLIC

*Francisco Lopez*
*USDC-PR - # 16,724*

[Round stamp with emblem:]

**FRANCISCO J. LÓPEZ RIVERA**

**ATTORNEY-NOTARY**



**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

| | |
|---|---|
| **KAIUMATI K. ROCHE**<br><br>*Petitioners*<br><br>**V.**<br><br>**KATIE LANE**<br><br>*Respondents* | **CIVIL NO.: AG2024CV00532**<br><br><br><br>*RE:*<br><br>LIQUIDATION OF COMMUNITY |

**SUMMONS BY EDICT**

**UNITED STATES OF AMERICA**                          )
**THE PRESIDENT OF THE UNITED STATES OF AMERICA** )
**THE COMMONWEALTH OF PUERTO RICO**            )

**TO: KATIE LANE**
122 SAN FRANCISCO STREET
URB. SAN CARLOS
AGUADILLA, PR 00603

     You are hereby notified that an action for LIQUIDATION OF COMMUNITY has been filed with this Clerk's Office. You are hereby summoned and you are required to notify the attorney of the petitioner KAIUMATI K. ROCHE

     TO:

**Enrique Ramos Santiago, Esq.**
**USDC-PR No.:** 15,771
Coop. Plaza Bank Bldg,
Office 1204-B 623 Ave. Ponce De León
San Juan Puerto Rico 00917-4832
Tel. 787-763-0624; Cell. 787-617-2957
E-mail: lcdoramossantiago@gmail.com

with a copy of the answer to THE COMPLAINT within thirty (30) days following the publication of this Edict. You must file your responsive pleading through the Unified Case Management and Administration System (SUMAC), which can be accessed through the following electronic address: https://unired.ramajudicial.pr, unless you are representing yourself pro se, in which case you must file your responsive pleading at the clerk's office of the court. You are hereby warned that if you do not appear to answer said petition within thirty (30) days from the publication of this edict, your default will be entered into the record and a judgement shall be issued granting the requested relief without further summons or hearing.

    **ISSUED UNDER THE SIGNATURE** and seal of this Court, in Bayamón, Puerto Rico, this _____ day of June of 2024.

                         REGIONAL CLERK
                         CLERK

                         DEPUTY CLERK OF COURT

1

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| **KAIUMATI K. ROCHE** | |
| *Petitioners* | **CIVIL NO.: AG2024CV00532** |
| *V.* | |
| **KATIE LANE** | |
| | **RE:** |
| *Respondents* | |
| | *LIQUIDATION OF COMMUNITY* |

**ORDER**

In view of the motion under oath and the request for service by edict, from which it appears that the respondent cannot be served by one of the causes contemplated in Rule 4.6 of Civil Procedure, service by edict is ordered.

The publication of such edict shall be made in a newspaper of general daily circulation in the Island of Puerto Rico, once only. Within ten (10) days following the publication of the edict, a copy of the summons and complaint filed shall be sent to the respondent by certified mail with return receipt requested, to the place of her last known address.

If thirty (30) days after the publication of the notice have elapsed without the notified respondent appearing, as provided in Rule 10.1 of Civil Procedure, the proceedings in the case shall be continued with.

**ORDERED TO BE REGISTERED AND NOTIFIED**

In _____Puerto Rico, on _____ June 2024.

**SUPERIOR COURT JUDGE**

1

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**Aguadilla JUDICIAL CENTER**
Aguadilla SUPERIOR COURT

KAIUMATI ROCHE

V

KATIE MARIE LANE

CASE NO.     AG2024CV00532 (COURTROOM 601 CIVIL)

RE: <u>LIQUIDATION OF COMMUNITY PROPERTY</u>

**NOTICE**

TO:   ENRIQUE RAMOS SANTIAGO
      LCDORAMOSSANTIAGO@GMAIL.COM

The undersigned Clerk hereby certifies and notifies you that with respect to the SERVICE OF NOTICE [6] this Court issued an ORDER on June 13, 2024.

The determination is transcribed below:

As requested.

To be issued.

[7]

                              s/ABID E QUINONES PORTALATIN

YOU ARE ADVISED that as a party or its legal representative in the case subject to this ORDER, you may file a petition for appeal, review or certiorari in accordance with the procedure and within the time limits established by law, rules or regulations.

I CERTIFY that the determination issued by the Court was duly recorded and filed today, June 14, 2024, and that a copy of this notice was sent to the persons indicated above, to their addresses of record in the case in accordance with the applicable regulations. On this same date, a copy of this notification was filed in the record of the case.

In Aguadilla, Puerto Rico, this 14th day of June 2024.

SARAHI REYES PEREZ
Name of the
Regional Clerk

By:     s/ARLENE GUZMAN PABON
Name and Signature of
Deputy Clerk of the Court

OAT 1812 Single Notification Form – Judgments, Resolutions, Orders and Minutes
(November 2016) / SUMAC

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**Aguadilla JUDICIAL CENTER**
Aguadilla SUPERIOR ROOM

KAIUMATI ROCHE

v

KATIE MARIE LANE

CASE NO.        AG2024CV00532 (COURTROOM 601 CIVIL)

RE: LIQUIDATION OF COMMUNITY P R O P E R T Y

**NOTICE**

TO:  ENRIQUE RAMOS SANTIAGO
     LCDORAMOSSANTIAGO@GMAIL.COM

The undersigned Clerk hereby certifies and notifies you that in connection with the ABOVE-CAPTIONED CASE this Court issued an ORDER on June 28, 2024.

A copy is attached or a link is included:

Click here to access the electronic document that is the subject of this notification. [8]

YOU ARE ADVISED that as a party or its legal representative in the case subject to this ORDER, you may file a petition for appeal, review or certiorari in accordance with the procedure and within the time limits established by law, rules or regulations.

I CERTIFY that the determination issued by the Court was duly recorded and filed today, July 02, 2024, and that a copy of this notice was sent to the persons indicated above, to their addresses of record in the case in accordance with the applicable regulations. On this same date, a copy of this notice was filed in the record of the case.

In Aguadilla, Puerto Rico, this 2nd day of July 2024.

SARAHI REYES PEREZ                     By:    s/ARLENE GUZMAN PABON.
Name of the (of the)                          Name and signature of
Regional Secretary                            Assistant Clerk of the Court

OAT 1812 Single Notification Form - Judgments, Resolutions, Orders and Minutes (November 2016) / SUMAC

AG2024CV00532   07/02/2024   02:32:20 p.m Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

| | |
|---|---|
| KAIUMATI K. ROCHE<br>**PETITIONER**<br><br>**V.**<br><br>KATIE LANE<br>**RESPONDENT** | **CIVIL NO.:** AG2024CV00532<br><br>**COURTROOM:** 601<br><br>**RE:** LIQUIDATION OF COMMUNITY |

## ORDER

In view of the motion under oath and the request for service by edict, from which it appears that the respondent cannot be served by one of the causes contemplated in Rule 4.6 of Civil Procedure, service by edict is ordered.

The publication of such edict shall be made in a newspaper of general daily circulation in the Island of Puerto Rico, once only. Within ten (10) days following the publication of the edict, a copy of the summons and complaint filed shall be sent to the respondent by certified mail with return receipt requested, to the place of her last known address.

If thirty (30) days after the publication of the notice have elapsed without the notified respondent appearing, as provided in Rule 10.1 of Civil Procedure, the proceedings in the case shall be continued with.

**NOTIFIED**

In Aguadilla, Puerto Rico, this 28th day of June 2024.

[Signature]

Abid Eriel Quiñones Portalatín
Superior Court Judge



ID: 7E4ED248-3E8A-4270-979E-73A79E89BB47    SIGNED ELECTRONICALLY:    06/28/2024 09:22:27 A

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTICE**

The following transaction was recorded and filed on JULY 02, 2024.

Name of parties:                                    Case Number:  ___ AG2024CV00532 ___

_____ KAIUMATI ROCHE _____
V.
_____ KATIE LANE _____

Filing party  ___ ARLENE GUZMAN PABON ___

Entry number in the electronic file: 9

Click here to access the electronic document that is the subject of this notification.

NOTICE BY EDICT ISSUED to KATIE LANE by ARLENE GUZMAN PABON on July 02, 2024

This electronic notice was sent to:

|  | LCDORAMOSSANTIAGO@GMAIL.COM |
|---|---|
| _ENRIQUE RAMOS SANTIAGO_ | _____ |
| Name | Email Address |

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not reply to this message.*

OAT 1720 ELECTRONIC NOTICE - Notification between Parties (SUMAC)
(November 2013)
www.poderjudicial.pr

AG2024CV00532  06/12/2024  06:07:08 pm Entry No. 6 Page 1 of 1

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**KAIUMATI K. ROCHE**

*Petitioners*

**V.**

**KATIE LANE**

*Respondents*

**CIVIL NO.: AG2024CV00532**

**RE:**

*LIQUIDATION OF COMMUNITY*

**SUMMONS BY EDICT**

**UNITED STATES OF AMERICA** )
**THE PRESIDENT OF THE UNITED STATES OF AMERICA** )
**THE COMMONWEALTH OF PUERTO RICO** )

[Round stamp with emblem:]

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SUPERIOR COURT OF AGUADILLA
GENERAL COURT OF JUSTICE

**A: KATIE LANE**

122 SAN FRANCISCO STREET
URB. SAN CARLOS
AGUADILLA, PR 00603

You are hereby notified that an action for LIQUIDATION OF COMMUNITY has been filed with this Clerk's Office. You are hereby summoned and required to serve upon petitioner's attorney KAIUMATI K. ROCHETO:

**Enrique Ramos Santiago**
**USDC-PR No.:** 15,771
Coop. Plaza Bank Bldg,
Office 1204-B 623 Ave. Ponce De León
San Juan Puerto Rico 00917-4832
Tel. 787-763-0624; Cell. 787-617-2957
E-mail: lcdoramossantiago@gmail.com

with a copy of the answer to THE COMPLAINT within thirty (30) days following the publication of this Edict. You must file your responsive pleading through the Unified Case Management and Administration System (SUMAC), which can be accessed through the following electronic address: https://unired.ramajudicial.pr, unless you are representing yourself pro se, in which case you must file your responsive pleading at the clerk's office of the court. You are hereby warned that if you do not appear to answer said petition within thirty (30) days from the publication of this edict, a default will be entered into your record and a judgment shall be issued granting the relief requested without further summons or hearing.

**ISSUED UNDER SIGNATURE** and seal of this Court, in **Aguadilla**, Puerto Rico, this **2nd** day of July 2024.

Sarahi Reyes Perez
REGIONAL CLERK
CLERK
Arlene Guzman Pabon
DEPUTY CLERK OF COURT

[Signature]

ID: 353C52E0-47BD-4F73-81E1-3BA2E46DD74A ELECTRONICALLY SIGNED: 07/02/2024 02:29:49 PM

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTICE**

The following transaction was recorded and filed on JULY 11, 2024.

Name of parties:                     Case Number:    AG2024CV00532

KAIUMATI ROCHE

V.

KATIE LANE

Presenter    ENRIQUE RAMOS SANTIAGO

Entry number in the electronic file: 10

Click here to access the electronic document that is the subject of this notification.

MOTION FOR SUMMONS BY NOTICE filed by KAIUMATI ROCHE (ENRIQUE RAMOS SANTIAGO) in relation to ORDER TO WAIT BY NOTICE ISSUED and signed by Judge ABID E QUINONES PORTALATIN on June 28, 2024 [8] in relation to SUMMONS BY EDICT ISSUED to KATIE LANE by ARLENE GUZMAN PABON on July 02, 2024.[9].

This electronic notice was sent to:

ENRIQUE RAMOS SANTIAGO              lcdoramossantiago@gmail.com
Name                               Email Address

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not reply to this message*.

OAT 1720 ELECTRONIC NOTICE - Notification between Parties (SUMAC)
(November 2013)
www.poderjudicial.pr

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA JUDICIAL REGION**
**FAMILY AND JUVENILE RELATIONS DIVISION**

| | |
|---|---|
| KAIUMATI K. ROCHE | CIVIL NO.: AG2024CV00532 |
| Petitioner | Courtroom: 0601 |
| V. | |
| | RE: COMMUNITY LIQUIDATION |
| KATIE LANE | |
| Respondent | |

**MOTION PURSUANT TO ORDER REPORTING COMPLIANCE WITH**
**RULES 4.6 AND 4.7 ON SUMMONS BY EDICT**

To the Honorable Court:

COMES NOW the petitioner, through the undersigned counsel, and most respectfully STATES, ALLEGES AND PETITIONS:

1.    On July 2, 2024, this Honorable Court approved the publication of the summons by edict of the respondent.

2.    Therefore, and in faithful compliance with the order issued and with the provisions of Rule 4.6 of the Rules of Civil Procedure, we hereby report and certify that on **July 10, 2024, the summons was published by** authorized **edict.** The same was published through the newspaper El Vocero. Attached hereto is a copy of the same and the **affidavit signed by Ms. Stephanie Santiago Miranda of El Vocero de P.R. Inc.** *See Annex Nos. 1 and 2.*

3.    As required by rule 4.6, we certify that within ten (10) years of (10) days after the publication of the edict, **on July 11, 2024, a copy of the summons and complaint filed was sent to the respondent by certified mail # 70211970000134796830** with return receipt requested to her last known address as it appears in the complaint. USA. [sic]

WHEREFORE, it is most respectfully petitioned of this Honorable

*Civil Case No. AG2024CV00532*
*Motion Rule 4.6 and 4.7 Edict*
*Page 2*

Court that it grant the present Motion, take cognizance of the information detailed and the documents submitted and to consider the summons by edict as having been complied with.

**Respectfully submitted,** In SAN JUAN, Puerto Rico on July 11, 2024.

*S/Enrique Ramos Santiago, Esq.*
USDC-PR Number 15,771
Banco COOP Plaza Bldg., Office 1204-B
623 Ave. Ponce De León
San Juan Puerto Rico 00917-4832
Tel. 787-763-0624 / Cell. 787-617-2957
Email: lcdoramossantiago@gmail.com

AG2024CV00532   07/11/2024   11:35:44 am   Entry Noo. 10   Page 1 of 1



# PUBLI-Inversiones

**KAIUMATI K ROCHE**

V.

**KATIE LANE**

**AG2024CV00532 –   COMMUNITY LIQUIDATION**

Stephanie Santiago Miranda, being duly sworn, I declare:

That I am Supervisor of the Classifieds and Edicts Department of the newspaper EL VOCERO DE PUERTO RICO which is published in San Juan and distributed throughout the island of Puerto Rico and that [cut-off] editions of this newspaper, corresponding to the following days:

**JULY 10, 2024**

[cut-off] publicity to the edict issued by:

**CLERK**

**TRIBUNAL SALA SUPERIOR DE AGUADILLA**

the above-mentioned matter and a copy of which is attached to this affidavit to be [cut-off] hereof.

[Signature]

**Stephanie Santiago Miranda**

[Round stamp with emblem:]

**JOSÉ E. COLÓN RODRÍGUEZ**
**131662**
**ATTORNEY-NOTARY**

Affidavit No. _____ of the Registry.

Sworn and acknowledged before me by Stephanie Santiago Miranda, of legal age, single, Supervisor of the Classifieds and Edicts Department of the newspaper EL VOCERO DE PUERTO RICO, a resident of Loíza, Puerto Rico, whom I attest to know personally.

San Juan, Puerto Rico _____ **JULY  10  2024** _____ 20_____.

_[Signature]_____

**NOTARY PUBLIC**



1064                                                                 Rico 00907 • P. O. Box 15074, San Juan, Puerto Rico 00902

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**Aguadilla JUDICIAL CENTER**
Aguadilla SUPERIOR ROOM

| | | |
|---|---|---|
| KAIUMATI ROCHE | CASE NUM. | AG2024CV00532 (ROOM 601 CIVIL) |
| VS | | |
| KATIE LANE | RE: | LIQUIDATION OF COMMUNITY PROPERTY |

**NOTICE**

TO:  ENRIQUE RAMOS SANTIAGO
     LCDORAMOSSANTIAGO@GMAIL.COM

The undersigned Clerk hereby certifies and notifies you that with respect to the SUMMONS BY PUBLIC NOTICE [10] this Court issued an ORDER on July 15, 2024.

The determination is transcribed below:
The court takes cognizance. [11]

                              s/ABID E QUINONES PORTALATIN

YOU ARE ADVISED that as a party or its legal representative in the case subject to this ORDER, you may file a petition for appeal, review or certiorari in accordance with the procedure and within the time limits established by law, rules or regulations.

I CERTIFY that the determination issued by the Court was duly recorded and filed today, July 15, 2024, and that a copy of this notice was sent to the persons indicated above, to their addresses of record in the case in accordance with the applicable regulations. On this same date, a copy of this notice was filed in the record of the case.

In Aguadilla, Puerto Rico, this 15th day of July 2024.

| | |
|---|---|
| SARAHI REYES PEREZ | By:   s/ARLENE GUZMAN PABON |
| Name of the Regional Clerk | Name and signature of Deputy Clerk of the Court |

OAT 1812 Sole Notification Form - Judgments, Resolutions, Orders and Minutes (November 2016) / SUMAC

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**AGUADILLA SUPERIOR COURT**

**ELECTRONIC NOTCE**

The following transaction was recorded and filed on JULY 19, 2024.

Name of parties:                              Case Number:    AG2024CV00532

_____KAIUMATI ROCHE_____
                              V.
_____KATIE LANE_____

Filing party       ENRIQUE RAMOS SANTIAGO

Entry number in the electronic file: 12

Click here to access the electronic document that is the subject of this notification.


WRITTEN MOTION TO THE COURT FILE submitted by KAIUMATI ROCHE (ENRIQUE RAMOS SANTIAGO) in relation to MOTION FOR SUMMONS BY EDICT by KAIUMATI ROCHE (ENRIQUE RAMOS SANTIAGO) in relation to the ORDER TO SUMMONS BY EDICT issued and signed by Judge ABID E QUINONES PORTALATIN on June 28, 2024 [8] in relation to the SUMMONS BY ISSUED for KATIE LANE by ARLENE GUZMAN PABON on July 02, 2024.[9].[10].

This electronic notice was sent to:

  ENRIQUE RAMOS SANTIAGO             lcdoramossantiago@gmail.com
          Name                              Email Address

This notice has been sent automatically from the Unified Case Management and Administration System (SUMAC). Please do not reply to this message.*

OAT 1720 ELECTRONIC NOTICE - Notification between Parties (SUMAC)
(November 2013)
www.poderjudicial.pr

Certified Translation JF-2024-113                              Page 37 of 43

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**AGUADILLA JUDICIAL REGION**
**FAMILY AND JUVENILE RELATIONS DIVISION**

| | |
|---|---|
| **KAIUMATI K. ROCHE** | **CIVIL NO.: AG2024CV00532** |
| **Petitioner** | |
| | **Courtroom: 0601** |
| **v.** | |
| | **RE: COMMUNITY SETTLEMENT** |
| **KATIE LANE** | |
| **Respondent** | |

**MOTION IN COMPLIANCE WITH RULES 4.6 AND 4.7 ON SUMMONS**
**BY EDICT INFORMING RECEIPT OF MAILING BY [Sic]**

To the Honorable Court:

COMES NOW the petitioner, through the undersigned counsel, and most respectfully **STATES, ALLEGES AND PETITIONS:**

1.    As previously reported, on July 11, 2024, the summons and copy of the complaint in the above-captioned case were sent by certified mail to Ms. Lane's last known address.

2.    In this state of affairs, we inform you that today we have received the certification card of mail received, a copy of which is attached to this letter and we request that notice be taken. *See Attachment No. 1.*

WHEREFORE, it is respectfully petitioned of this Honorable Court to **GRANT** the present motion, to take cognizance of the details and the documents submitted, and to consider the summons by edict as having been complied with.

**Respectfully submitted,** In SAN JUAN, Puerto Rico on July 19, 2024.

*S/Enrique Ramos Santiago, Esq.*
USDC-PR Number 15,771
Bldg. Banco COOP Plaza, Office 1204-B
623 Ave. Ponce De León
San Juan Puerto Rico 00917-4832
Tel. 787-763-0624 / Cell. 787-617-2957
Email: lcdoramossantiago@gmail.com

AG2024CV00532 19/07/2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Katie Lane
332 Calle San Francisco
b. San Carlos
Aguadilla, P.R. 00603

9402 6885 1104 0784 62

2. Article Number (Transfer from service label)

7021 1970 0001 3479 6830

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AG2024CV00532 19/07/2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 6885 1104 0784 62

**United States
Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

Lcdo. Enrique Ramos Santiago
#1403 ave Ponce de León
Edf. Bancoop STE 1904
San Juan, P.R. 00917

Inpe: cuvicase

[Round stamp with emblem:]

COMMONWEALTH OF PUERTO RICO

GENERAL COURT OF JUSTICE

## Commonwealth of Puerto Rico
## Court of First Instance

### ELECTRONIC FILING VOUCHER

**Transaction recorded on:**       JULY 19, 2024 AT 12:08 PM

**Transaction Date:**       JULY 19, 2024 AT 12:08 PM

**Filing date:**       JULY 19, 2024

**Case name:**       KAIUMATI ROCHE V. KATIE LANE

**Case no:**       AG2024CV00532

**Document submitted:**       BRIEF TO THE COURT FILE

**Presented by:**       ENRIQUE RAMOS SANTIAGO, ESQ.

**Supreme Court Num:**       15771

**You have filed your brief in the Unified Case Management and Administration System (SUMAC).**

**NOTICE IS HEREBY GIVEN THAT** if the customs duties established by law for this transaction have not been paid electronically, the document will not be deemed to have been filed. If you paid duties for a greater amount, it will be considered that you have waived said excess. If you paid for an amount less than the one provided for in Law, the document will not be deemed to have been filed. Payment made electronically is non-transferable and non-refundable.

"This voucher has been generated by SUMAC."

Generated: 7/23/2024

Certified Translation JF-2024-113                                   Page 41 of 43

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**Aguadilla JUDICIAL CENTER**
**Aguadilla SUPERIOR COURT**

KAIUMATI ROCHE

V

KATIE MARIE LANE

CASE NO. _____ AG2024CV00532 (COURTROOM 601 CIVIL)

RE: LIQUIDATION OF COMMUNITY ASSETS

## NOTICE

TO: ENRIQUE RAMOS SANTIAGO
LCDORAMOSSANTIAGO@GMAIL.COM

The undersigned Clerk hereby certifies and notifies you that in connection with the MOTION IN COMPLIANCE WITH RULES 4.6 AND 4.7 REGARDING SUMMONS BY EDICT REPORTING RECEIPT OF SERVICE BY [12] this Court issued an ORDER on July 24, 2024.

The determination is transcribed below:
The Court takes cognizance. [13]

s/ABID E QUIÑONES PORTALATIN

YOU ARE ADVISED that as a party or legal representative in the case subject to this ORDER, you may file a petition for appeal, review or certiorari in accordance with the procedure and within the time limits established by law, rules or regulations.

I CERTIFY that the determination issued by the Court was duly recorded and filed today, April 12, 2024, and that a copy of this notice was sent to the persons indicated above, to their addresses of record in the case in accordance with the applicable regulations. On this same date, a copy of this notice was filed in the case file.

In Aguadilla, Puerto Rico, on April 12, 2024.

SARAHI REYES PEREZ
Name of the
Regional Clerk

By: s/ZUHEILY GONZALEZ AVILES
Name and signature of the
Deputy Clerk of Court

OAT 1812 Single Notification Form – Judgments, Resolutions, Orders and Minutes (November 2016) / SUMAC

## CERTIFICATE OF TRANSLATOR # JF-2024-113

I am a United States court-certified interpreter, and I CERTIFY that the above is a faithful translation of the Spanish source, which I have performed to the best of my ability. It consists of forty-three (43) pages, including this certification sheet, and contains no changes or erasures.

The content of this translation is a selection of documents contained in the electronic files "ALL DKT 1379.001.pdf", pages 1-35, 37-39 & 42, and "DKT 13 - ORDEN RE 12.pdf".

In San Juan, Puerto Rico, on August 8, 2024.

**Joaquin Font**
**Font Translations**
400 Calaf Street, Suite 268, San Juan, PR 00918
Toll-Free Tel. & Fax: 1-877-JOAQUIN (562-7846)
e-mail: fonttranslations@gmail.com